# EXHIBIT 1 of EXHIBIT A

## SETTLEMENT CLASS LIST

| Last Name | First Name | Start Date | End Date | Total Weeks Worked | Total Amount Owed |
|---|---|---|---|---|---|
| Adams | Maurice | 9/14/2008 | 11/14/2008 | 8.71 | $32.06 |
| Ajdanic | Dejan | 2/16/2008 | 4/26/2008 | 10.00 | $36.80 |
| Albarransam | Samuel | 7/30/2010 | 4/19/2011 | 37.57 | $138.24 |
| Alkaramia | Mohammed | 1/5/2008 | 8/30/2008 | 34.00 | $125.10 |
| Alopogianis | Constantine | 4/3/2009 | 12/17/2010 | 89.00 | $327.48 |
| Alquisira | Rosendo | 12/4/2009 | 3/5/2010 | 13.00 | $47.83 |
| Alvarez | Victor | 1/10/2009 | 2/17/2009 | 5.43 | $19.97 |
| Amaya | Carlos | 1/5/2008 | 7/24/2009 | 80.86 | $297.52 |
| Ambriz | Francisco | 2/23/2008 | 8/27/2008 | 26.57 | $97.77 |
| Arreola | Luis | 12/31/2008 | 9/29/2009 | 38.86 | $142.98 |
| Arzet | Ruben | 2/7/2009 | 2/23/2010 | 54.43 | $200.27 |
| Ballones | Rodolfo | 4/26/2010 | 4/26/2010 | 0.00 | $0.00 |
| Bandera | Alejandro | 8/8/2008 | 3/27/2009 | 33.00 | $121.42 |
| Barber | Cameran | 12/24/2008 | 1/2/2009 | 1.29 | $4.73 |
| Barber | Marsallis | 3/12/2010 | 3/26/2010 | 2.00 | $7.36 |
| Barcena | Francisco | 4/10/2009 | 1/29/2010 | 42.00 | $154.54 |
| Barkhou | Phillip | 1/9/2009 | 8/21/2009 | 32.00 | $117.74 |
| Belt | Roger | 10/26/2007 | 1/21/2011 | 169.00 | $621.84 |
| Belt | Bernal | 1/9/2009 | 3/13/2009 | 9.00 | $33.12 |
| Bennett | James | 9/20/2008 | 5/1/2009 | 31.86 | $117.22 |
| Binion | Lartarsia | 6/19/2009 | 7/3/2009 | 2.00 | $7.36 |
| Bonner | Banchoice | 2/23/2008 | 3/15/2008 | 3.00 | $11.04 |
| Booth | Steven | 12/20/2007 | 2/16/2008 | 8.29 | $30.49 |
| Bortnik | Marek | 10/26/2007 | 3/22/2008 | 21.14 | $77.80 |
| Brakacevic | Nenad | 2/16/2008 | 7/9/2008 | 20.57 | $75.69 |
| Brakocevic | Veljko | 2/16/2008 | 4/11/2008 | 7.86 | $28.91 |
| Brito | Guadalupe | 2/21/2009 | 4/24/2009 | 8.86 | $32.59 |
| Brkovic | Marko | 5/22/2009 | 6/5/2009 | 2.00 | $7.36 |
| Bryson | Malcom | 11/20/2009 | 1/22/2010 | 9.00 | $33.12 |
| Bultron | Luis | 8/14/2009 | 8/21/2009 | 1.00 | $3.68 |
| Bunda | Jozef | 2/12/2010 | 2/26/2010 | 2.00 | $7.36 |
| Caban | Luis | 2/23/2008 | 2/21/2009 | 52.00 | $191.33 |
| Cabello | Jesus | 3/15/2008 | 3/20/2009 | 52.86 | $194.49 |
| Camacho | Jeremy | 12/18/2009 | 9/3/2010 | 37.00 | $136.14 |
| Camarena | Sergio | 1/10/2009 | 2/7/2009 | 4.00 | $14.72 |
| Carroll | Frank | 2/28/2009 | 9/25/2009 | 29.86 | $109.86 |
| Castillo | Aldo | 3/8/2008 | 5/15/2009 | 61.86 | $227.60 |
| Castillo | Fernando | 3/8/2008 | 8/28/2009 | 76.86 | $282.80 |
| Ceballos | Celestino | 5/1/2009 | 5/15/2009 | 2.00 | $7.36 |
| Chacon | Armando | 1/24/2009 | 12/21/2009 | 47.29 | $173.99 |
| Chalenko | Vadym | 10/22/2010 | 4/22/2011 | 26.00 | $95.67 |
| Chavez | Alejandro | 11/17/2008 | 12/23/2008 | 5.14 | $18.92 |

| | | | | | |
|---|---|---|---|---|---|
| Chavez | Roger | 1/10/2009 | 4/24/2009 | 14.86 | $54.67 |
| Clayton | Kevin | 10/26/2007 | 11/23/2007 | 4.00 | $14.72 |
| Colin | Rene | 4/8/2008 | 5/15/2009 | 57.43 | $211.31 |
| Conde | Luis | 4/16/2010 | 4/23/2010 | 1.00 | $3.68 |
| Confer | Joseph | 1/10/2009 | 2/7/2009 | 4.00 | $14.72 |
| Cooper | Lindsay | 10/26/2007 | 4/1/2011 | 179.00 | $658.63 |
| Cordon | Jeffery | 12/4/2009 | 3/5/2010 | 13.00 | $47.83 |
| Corrales | Lucio | 5/15/2009 | 6/5/2009 | 3.00 | $11.04 |
| Cortez | Carlos | 4/4/2011 | 4/6/2011 | 0.29 | $1.05 |
| Crnoglavac | Nemanja | 2/23/2008 | 6/27/2008 | 17.86 | $65.71 |
| Crosby | Anthony | 5/8/2009 | 1/8/2010 | 35.00 | $128.78 |
| Culafic | Borko | 11/27/2009 | 12/24/2009 | 3.86 | $14.19 |
| Culibrk | Zeljko | 2/16/2008 | 1/9/2009 | 46.86 | $172.41 |
| Cyscon | Taylor | 10/15/2010 | 2/4/2011 | 16.00 | $58.87 |
| Davis | Jessie | 10/26/2007 | 3/1/2008 | 18.14 | $66.76 |
| Dawson | Theotis | 5/22/2009 | 1/29/2010 | 36.00 | $132.46 |
| De LaCruz | Luis | 4/3/2009 | 5/21/2011 | 111.14 | $408.95 |
| DeLaCruz | Marco | 5/15/2009 | 11/26/2010 | 80.00 | $294.36 |
| Diaz | Jose | 8/15/2008 | 12/30/2008 | 19.57 | $72.01 |
| Dimiterijevic | Slobodan | 3/15/2008 | 6/14/2008 | 13.00 | $47.83 |
| Dimitruk | Vadim | 12/6/2007 | 10/9/2008 | 44.00 | $161.90 |
| Dinic | Ivan | 2/16/2008 | 6/27/2008 | 18.86 | $69.39 |
| Dmukhouskyy | Volodymyir | 1/10/2009 | 4/1/2011 | 115.86 | $426.30 |
| Dorantes | Alfonso | 9/2/2008 | 5/22/2009 | 37.43 | $137.72 |
| Drechney | Richard | 9/18/2009 | 12/4/2009 | 11.00 | $40.47 |
| Driggers | Andrew | 12/6/2007 | 1/12/2008 | 5.29 | $19.45 |
| Druta | Corneliu | 4/1/2011 | 4/23/2011 | 3.14 | $11.56 |
| Dumitru | Oliver | 7/3/2009 | 11/20/2009 | 20.00 | $73.59 |
| Dzialo | Louis | 1/15/2010 | 3/19/2010 | 9.00 | $33.12 |
| Effinger | Peter | 2/13/2008 | 1/3/2009 | 46.43 | $170.83 |
| Elliott | Robert | 10/26/2007 | 3/8/2008 | 19.14 | $70.44 |
| Enev | Krasimir | 7/21/2008 | 1/23/2009 | 26.57 | $97.77 |
| Enriquez | Pedro | 1/10/2009 | 6/11/2009 | 21.71 | $79.90 |
| Escutia | Sergio | 3/1/2008 | 4/18/2008 | 6.86 | $25.23 |
| Espinoza | Fidel | 2/16/2008 | 5/15/2009 | 64.86 | $238.64 |
| Esquada | Ernesto | 1/24/2009 | 5/15/2009 | 15.86 | $58.35 |
| Evans | Kenneth | 2/16/2008 | 4/30/2011 | 167.00 | $614.48 |
| Farias | Salvador | 3/12/2010 | 4/22/2011 | 58.00 | $213.41 |
| Figueroa | Emanuel | 10/26/2007 | 4/24/2009 | 78.00 | $287.00 |
| Finn | Mike | 10/15/2010 | 5/24/2011 | 31.57 | $116.17 |
| Flores | Ignacio | 2/16/2008 | 10/30/2009 | 88.86 | $326.95 |
| Flores | Carlos | 6/7/2008 | 3/20/2009 | 40.86 | $150.33 |
| Frias | Josue | 7/31/2009 | 4/19/2011 | 89.57 | $329.58 |
| Gajic | Nenad | 11/27/2009 | 4/1/2011 | 70.00 | $257.57 |

| | | | | | |
|---|---|---|---|---|---|
| Gallegos | Armando | 7/31/2008 | 4/23/2010 | 90.14 | $331.68 |
| Gallegos | Francisco | 9/2/2008 | 7/15/2009 | 45.14 | $166.10 |
| Gamble | Clifton | 12/14/2007 | 3/29/2008 | 15.14 | $55.72 |
| Garcia | Eliott | 6/20/2008 | 11/21/2008 | 22.00 | $80.95 |
| Garcia | Luis Hector | 10/3/2008 | 11/11/2010 | 109.86 | $404.22 |
| Garcia | Javier | 11/17/2008 | 3/27/2009 | 18.57 | $68.33 |
| Garcia | Armando | 1/10/2009 | 5/22/2009 | 18.86 | $69.39 |
| Garcia | Juan Carlos | 1/10/2009 | 7/23/2010 | 79.86 | $293.84 |
| Garcia | Geraldo | 5/1/2009 | 5/15/2009 | 2.00 | $7.36 |
| Gibson | David | 7/24/2009 | 9/18/2009 | 8.00 | $29.44 |
| Glib | Viorel | 4/4/2011 | 4/23/2011 | 2.71 | $9.99 |
| Gligorijevic | Milo | 1/5/2008 | 4/16/2009 | 66.71 | $245.48 |
| Gomez Jr | Jesus | 10/31/2008 | 12/30/2008 | 8.57 | $31.54 |
| Gonzalez | Jorge | 11/23/2007 | 1/12/2008 | 7.14 | $26.28 |
| Gonzalez | Jose E | 2/23/2008 | 6/12/2009 | 67.86 | $249.68 |
| Gonzalez | Jose A | 5/16/2008 | 1/22/2010 | 88.00 | $323.80 |
| Gonzalez | Alfonso | 11/24/2008 | 5/8/2009 | 23.57 | $86.73 |
| Gonzalez | Juan C | 11/6/2009 | 4/1/2011 | 73.00 | $268.60 |
| Gonzalez | Juan | 11/6/2009 | 5/7/2011 | 78.14 | $287.53 |
| Gonzalez | Angel | 12/3/2009 | 8/3/2010 | 34.71 | $127.73 |
| Goodman | Miguel | 7/10/2009 | 8/7/2009 | 4.00 | $14.72 |
| Gozalez | Jaime | 9/18/2009 | 10/9/2009 | 3.00 | $11.04 |
| Grajeda | Luis | 12/29/2007 | 12/6/2008 | 49.00 | $180.30 |
| Grant | Scotty | 7/24/2009 | 8/7/2009 | 2.00 | $7.36 |
| Gray | Anthony | 4/24/2009 | 4/24/2009 | 0.00 | $0.00 |
| Guardian | Edgar | 3/8/2008 | 6/14/2008 | 14.00 | $51.51 |
| Guijosa | Migual | 5/16/2008 | 5/2/2011 | 154.43 | $568.22 |
| Guk | Volodymyr V | 3/7/2009 | 12/24/2009 | 41.71 | $153.49 |
| Gutierrez | Jesus | 2/23/2008 | 11/21/2008 | 38.86 | $142.98 |
| Guzman | Julian | 3/15/2008 | 5/17/2008 | 9.00 | $33.12 |
| Ha | Hoang | 3/15/2008 | 7/18/2008 | 17.86 | $65.71 |
| Hadley | Eric | 10/15/2010 | 4/12/2011 | 25.57 | $94.09 |
| Harris | Cecil | 12/31/2009 | 5/28/2010 | 21.14 | $77.80 |
| Henderson | Antonio | 9/18/2009 | 11/27/2009 | 10.00 | $36.80 |
| Hernandez | Johnathan | 1/9/2009 | 8/28/2009 | 33.00 | $121.42 |
| Hernandez | Daniel | 7/31/2009 | 12/18/2009 | 20.00 | $73.59 |
| Hernandez | Ruben | 12/24/2009 | 5/5/2011 | 71.00 | $261.25 |
| Hicks | Phillip | 6/19/2009 | 10/30/2009 | 19.00 | $69.91 |
| Hope | Fernando | 2/16/2008 | 5/1/2009 | 62.86 | $231.28 |
| Hoyos | Jaime | 5/16/2008 | 10/2/2009 | 72.00 | $264.93 |
| Hrobowski | Shawn | 10/26/2007 | 4/1/2011 | 179.00 | $658.63 |
| Issa | Saleh | 2/9/2008 | 3/29/2008 | 7.00 | $25.76 |
| Jaime | Julian | 5/8/2009 | 5/15/2009 | 1.00 | $3.68 |
| Jaramillo | Carlos Andreas | 5/12/2008 | 4/3/2009 | 46.57 | $171.36 |

| | | | | | |
|---|---|---|---|---|---|
| Jasper | Michael | 3/15/2008 | 5/24/2008 | 10.00 | $36.80 |
| Jevtovic | Ivan | 9/4/2009 | 9/18/2009 | 2.00 | $7.36 |
| Jimenez | Alejandro | 9/20/2008 | 6/19/2009 | 38.86 | $142.98 |
| Johnson | Joe | 10/17/2008 | 12/6/2008 | 7.14 | $26.28 |
| Jones | William | 8/20/2010 | 5/13/2011 | 38.00 | $139.82 |
| Jones | Kent | 10/8/2010 | 11/5/2010 | 4.00 | $14.72 |
| Juarez | Ruben | 6/25/2010 | 7/23/2010 | 4.00 | $14.72 |
| Junco | Jose | 10/26/2007 | 5/1/2009 | 79.00 | $290.68 |
| Junco Jr | Jorge | 1/31/2009 | 3/27/2009 | 7.86 | $28.91 |
| Kaletta | Mike | 2/16/2008 | 2/16/2008 | 0.00 | $0.00 |
| Kaymakanov | Krassimir | 8/15/2008 | 4/3/2009 | 33.00 | $121.42 |
| Kelly | Rondala | 11/19/2010 | 1/28/2011 | 10.00 | $36.80 |
| Kholiavko | Andrii | 8/20/2010 | 10/1/2010 | 6.00 | $22.08 |
| Khonyakivskvi | Victor | 4/3/2009 | 5/24/2011 | 111.57 | $410.53 |
| Khudyi | Oleg | 12/18/2009 | 4/1/2011 | 67.00 | $246.53 |
| Klejbuk | Adam | 12/24/2009 | 4/23/2010 | 17.14 | $63.08 |
| Klyuka | Borys | 10/3/2008 | 10/29/2010 | 108.00 | $397.39 |
| Kristic | Ivan | 5/10/2008 | 1/17/2009 | 36.00 | $132.46 |
| Kwait | Michael | 4/3/2009 | 5/8/2009 | 5.00 | $18.40 |
| Lancaster | Phillip | 11/13/2009 | 4/16/2010 | 22.00 | $80.95 |
| Lewis | Mark | 5/2/2008 | 4/16/2011 | 154.14 | $567.17 |
| Lewis | Miguel | 4/1/2011 | 5/24/2011 | 7.57 | $27.86 |
| Lickov | Lazar | 12/4/2009 | 12/27/2010 | 55.43 | $203.95 |
| Lightfoot | Donald | 12/20/2007 | 6/13/2008 | 25.14 | $92.51 |
| Lopez | Jaime | 2/16/2008 | 4/1/2011 | 162.86 | $599.24 |
| Lopez | Ramiro | 2/16/2008 | 5/1/2009 | 62.86 | $231.28 |
| Lopez | Gustavo | 2/12/2010 | 4/9/2010 | 8.00 | $29.44 |
| Lozano | Luis | 10/24/2008 | 3/27/2009 | 22.00 | $80.95 |
| Lustro | William | 9/18/2009 | 4/19/2011 | 82.57 | $303.82 |
| Mahoney | Paul | 11/12/2010 | 12/3/2010 | 3.00 | $11.04 |
| Makhov | Roman | 10/8/2010 | 5/24/2011 | 32.57 | $119.85 |
| Manzo | Wilbert | 2/23/2008 | 3/8/2008 | 2.00 | $7.36 |
| Markovic | Milos | 10/26/2007 | 6/27/2008 | 35.00 | $128.78 |
| Martinez | William | 10/26/2007 | 4/1/2011 | 179.00 | $658.63 |
| Martinez | Giovanni | 2/16/2008 | 2/5/2010 | 102.86 | $378.46 |
| Martinez | Moises | 2/16/2008 | 6/15/2009 | 69.29 | $254.94 |
| Martinez | Victor | 3/15/2008 | 5/31/2008 | 11.00 | $40.47 |
| Martinez | Yoel | 3/15/2008 | 6/13/2008 | 12.86 | $47.31 |
| Martinez | Mark | 4/26/2008 | 4/1/2011 | 152.86 | $562.44 |
| Martinez | Jesus | 3/20/2009 | 5/15/2009 | 8.00 | $29.44 |
| Massie | Charles | 9/20/2008 | 4/2/2010 | 79.86 | $293.84 |
| Matanski | Boyan | 10/3/2008 | 3/27/2009 | 25.00 | $91.99 |
| Medina | Elvis | 8/8/2009 | 10/30/2009 | 11.86 | $43.63 |
| Mejia | Florentino | 9/20/2008 | 3/27/2009 | 26.86 | $98.82 |

| Melnyk | Andrii | 11/26/2010 | 5/16/2011 | 24.43 | $89.89 |
|---|---|---|---|---|---|
| Mendez | Pablo | 8/4/2008 | 10/2/2009 | 60.57 | $222.87 |
| Mendez | Omar | 11/6/2009 | 11/6/2009 | 0.00 | $0.00 |
| Mendoza | Daniel | 2/16/2008 | 6/14/2008 | 17.00 | $62.55 |
| Mendoza | Roman | 1/10/2009 | 5/7/2010 | 68.86 | $253.36 |
| Mendoza | Gustavo | 5/8/2009 | 5/21/2010 | 54.00 | $198.69 |
| Mendoza | Raymond | 7/31/2009 | 2/5/2010 | 27.00 | $99.35 |
| Mendoza | Jose | 10/30/2009 | 5/28/2010 | 30.00 | $110.39 |
| Meyer | Robert | 7/31/2009 | 9/25/2009 | 8.00 | $29.44 |
| Mihalopoulos | Nick | 7/31/2009 | 12/30/2009 | 21.71 | $79.90 |
| Milojkovic | Nenad | 2/9/2008 | 8/12/2009 | 78.57 | $289.11 |
| Miranda | Randy | 11/20/2009 | 7/9/2010 | 33.00 | $121.42 |
| Mojica | Jesus | 2/13/2008 | 4/1/2011 | 163.29 | $600.81 |
| Mojica | Adolfo | 3/15/2008 | 2/25/2011 | 153.86 | $566.12 |
| Mong | MBA | 10/26/2007 | 11/2/2007 | 1.00 | $3.68 |
| Montes DeOca | Javier | 1/7/2011 | 5/24/2011 | 19.57 | $72.01 |
| Muneton | Alejandro | 4/10/2009 | 4/16/2011 | 105.14 | $386.88 |
| Muniz | Jesus | 6/12/2009 | 2/12/2010 | 35.00 | $128.78 |
| Munoz | Juan | 1/31/2009 | 5/8/2009 | 13.86 | $50.99 |
| Nefedov | Igor | 11/5/2010 | 11/26/2010 | 3.00 | $11.04 |
| Nepomuceno | Ramon | 10/3/2008 | 1/24/2009 | 16.14 | $59.40 |
| Nersesov | Yevgeniy | 1/10/2009 | 5/15/2009 | 17.86 | $65.71 |
| Nevarez | Marcos | 11/20/2008 | 2/13/2009 | 12.14 | $44.68 |
| Nikolic | Darko | 9/8/2008 | 2/14/2010 | 74.86 | $275.44 |
| Nikolic | Danijel | 9/12/2008 | 6/5/2009 | 38.00 | $139.82 |
| Ocampo | Jorge | 4/3/2009 | 3/26/2010 | 51.00 | $187.66 |
| Ocampo | Freddy | 11/5/2010 | 11/26/2010 | 3.00 | $11.04 |
| Ocon | Javier | 2/23/2008 | 12/30/2008 | 44.43 | $163.48 |
| Oshima | Takeo | 3/1/2008 | 7/18/2008 | 19.86 | $73.06 |
| Pacheco | Jeff | 12/6/2007 | 2/9/2008 | 9.29 | $34.17 |
| Padilla | Elio | 4/3/2009 | 11/13/2009 | 32.00 | $117.74 |
| Padilla | Matias | 4/3/2009 | 12/2/2009 | 34.71 | $127.73 |
| Palencia | Gualberto | 10/24/2008 | 1/28/2010 | 65.86 | $242.32 |
| Parado | Angelo | 10/26/2007 | 11/30/2007 | 5.00 | $18.40 |
| Patino | Carlos | 6/27/2008 | 3/27/2009 | 39.00 | $143.50 |
| Pelaez | Alexis | 3/15/2008 | 6/13/2008 | 12.86 | $47.31 |
| Perez | Jose F | 1/10/2009 | 6/12/2009 | 21.86 | $80.42 |
| Petrivskyi | Roman | 10/16/2009 | 5/9/2011 | 81.43 | $299.62 |
| Petrosius | Laimonas | 10/26/2007 | 6/19/2009 | 86.00 | $316.44 |
| Petrovic | Vladimir | 4/8/2008 | 9/11/2008 | 22.29 | $82.00 |
| Pincente | Antonio | 12/20/2007 | 4/12/2011 | 172.71 | $635.51 |
| Pintor | Miguel | 10/3/2008 | 11/25/2008 | 7.57 | $27.86 |
| Pojedinec | Marian | 5/29/2009 | 5/29/2009 | 0.00 | $0.00 |
| Pries | Andrew | 4/17/2009 | 11/10/2010 | 81.71 | $300.67 |

| | | | | | |
|---|---|---|---|---|---|
| Przybylski | Marcin | 10/26/2007 | 7/3/2008 | 35.86 | $131.94 |
| Puljezevic | Milan | 11/7/2008 | 1/23/2009 | 11.00 | $40.47 |
| Quintero | Antonio | 10/17/2008 | 3/14/2009 | 21.14 | $77.80 |
| Rabago | Juan | 3/1/2008 | 12/30/2008 | 43.43 | $159.80 |
| Radmanovic | Vladimir | 6/18/2010 | 12/30/2010 | 27.86 | $102.50 |
| Rainey | Brian | 11/7/2008 | 7/3/2009 | 34.00 | $125.10 |
| Ramirez | David | 3/15/2008 | 7/3/2008 | 15.71 | $57.82 |
| Rapa | Irek | 10/24/2008 | 8/14/2009 | 42.00 | $154.54 |
| Raske | William | 7/31/2009 | 5/21/2011 | 94.14 | $346.40 |
| Raukohl | Eric | 10/26/2007 | 1/5/2008 | 10.14 | $37.32 |
| Rivera | Ignacio | 3/8/2008 | 4/18/2008 | 5.86 | $21.55 |
| Rivera | Adalberto | 5/15/2009 | 3/12/2010 | 43.00 | $158.22 |
| Rivera | Oscar | 7/24/2009 | 11/6/2009 | 15.00 | $55.19 |
| Rivera | Cesar | 7/31/2009 | 7/31/2009 | 0.00 | $0.00 |
| Robinson | Eric | 2/16/2008 | 12/4/2009 | 93.86 | $345.35 |
| Robinson | Kori | 5/1/2009 | 6/12/2009 | 6.00 | $22.08 |
| Rodriguez | Leonardo | 2/9/2008 | 12/30/2008 | 46.43 | $170.83 |
| Rodriguez | Edgar | 4/3/2009 | 10/2/2009 | 26.00 | $95.67 |
| Rodriguez | Arturo | 7/31/2009 | 12/24/2010 | 73.00 | $268.60 |
| Roman | Salvador | 1/17/2009 | 4/17/2009 | 12.86 | $47.31 |
| Romanchenko | Roman | 4/23/2010 | 4/19/2011 | 51.57 | $189.76 |
| Rosales | Omar | 10/3/2008 | 12/23/2008 | 11.57 | $42.58 |
| Rosario | Rafael | 11/7/2008 | 12/30/2008 | 7.57 | $27.86 |
| Ross | Justin | 10/17/2008 | 8/5/2009 | 41.71 | $153.49 |
| Ruiz | Carlos | 7/16/2010 | 4/1/2011 | 37.00 | $136.14 |
| Salamanca | Anthony | 5/27/2009 | 12/11/2009 | 28.29 | $104.08 |
| Saldivar | Carlos | 11/24/2008 | 12/12/2008 | 2.57 | $9.46 |
| Salvador | Omar | 2/9/2008 | 4/1/2011 | 163.86 | $602.92 |
| Sanchez | Sergio | 4/16/2010 | 9/17/2010 | 22.00 | $80.95 |
| Santiago | Andrew | 12/15/2007 | 6/25/2010 | 131.86 | $485.17 |
| Saratovtsev | Alexander | 10/30/2009 | 4/22/2011 | 77.00 | $283.32 |
| Sedykh | Roman | 7/30/2010 | 4/16/2011 | 37.14 | $136.67 |
| Semenets | Igor | 4/1/2011 | 4/23/2011 | 3.14 | $11.56 |
| Seymour | Jason | 4/1/2011 | 4/19/2011 | 2.57 | $9.46 |
| Silva | Martin | 6/20/2008 | 11/26/2008 | 22.71 | $83.58 |
| Simic | Ivan | 2/16/2008 | 3/15/2008 | 4.00 | $14.72 |
| Simon | Jimmy | 2/13/2008 | 4/1/2011 | 163.29 | $600.81 |
| Sipp | Anthony | 7/31/2009 | 8/7/2009 | 1.00 | $3.68 |
| Sirant | Volodymyr | 4/11/2011 | 4/30/2011 | 2.71 | $9.99 |
| Smilikovic | Ivan | 2/16/2008 | 4/1/2011 | 162.86 | $599.24 |
| Soto | Eduardo | 1/10/2009 | 5/24/2011 | 123.43 | $454.16 |
| Stevanovic | Milos | 11/13/2009 | 12/11/2009 | 4.00 | $14.72 |
| Stevic | Mladen | 8/18/2008 | 4/1/2011 | 136.57 | $502.52 |
| Stewart | Sean | 2/28/2009 | 5/22/2009 | 11.86 | $43.63 |

| | | | | | |
|---|---|---|---|---|---|
| Stojkovic | Zoran | 1/10/2009 | 5/22/2009 | 18.86 | $69.39 |
| Stryukov | Andrey | 7/24/2009 | 12/30/2010 | 74.86 | $275.44 |
| Susana-Reves | Danilo | 12/5/2008 | 12/12/2008 | 1.00 | $3.68 |
| Sverdan | Taras | 10/9/2009 | 4/22/2011 | 80.00 | $294.36 |
| Tamulevicius | Giedrius | 10/26/2007 | 12/6/2007 | 5.86 | $21.55 |
| Tapia | Moises | 8/6/2010 | 11/8/2010 | 13.43 | $49.41 |
| Taylor | Marquel | 2/23/2008 | 4/4/2008 | 5.86 | $21.55 |
| Teodorascu | Marian Catalin | 10/26/2007 | 6/13/2008 | 33.00 | $121.42 |
| Thomas | Alex | 2/16/2008 | 5/31/2008 | 15.00 | $55.19 |
| Thomasson | Jan | 5/22/2009 | 7/24/2009 | 9.00 | $33.12 |
| Thompson | Darrick | 12/6/2007 | 12/30/2008 | 55.71 | $205.00 |
| Tirado | Julio Nichols | 8/21/2008 | 12/30/2008 | 18.71 | $68.86 |
| Todorovic | Boban | 2/9/2008 | 6/29/2009 | 72.29 | $265.98 |
| Torres | Salvador | 10/8/2010 | 3/11/2011 | 22.00 | $80.95 |
| Trickovic | Nenad | 12/6/2007 | 1/26/2008 | 7.29 | $26.81 |
| Trujillo | Jimmy | 11/7/2008 | 1/20/2009 | 10.57 | $38.90 |
| Tsuryk | Andrii | 8/14/2009 | 11/19/2010 | 66.00 | $242.85 |
| Turcinov | Zoran | 2/9/2008 | 9/13/2008 | 31.00 | $114.07 |
| Tyler | Christopher | 5/29/2009 | 11/13/2009 | 24.00 | $88.31 |
| Ufniarz | Marcin | 10/26/2007 | 3/22/2008 | 21.14 | $77.80 |
| Urbano | Marcello | 2/7/2009 | 5/15/2009 | 13.86 | $50.99 |
| Urdov | Vladimir | 11/2/2007 | 8/27/2008 | 42.71 | $157.17 |
| Valencia | Javier | 10/26/2007 | 12/20/2007 | 7.86 | $28.91 |
| Valencia | Juan C | 12/4/2009 | 2/26/2010 | 12.00 | $44.15 |
| Valladares | Jesus | 5/1/2009 | 5/15/2009 | 2.00 | $7.36 |
| Veiss | Raivis | 12/31/2008 | 3/27/2009 | 12.29 | $45.21 |
| Velasquez | Alfonso | 9/18/2009 | 11/27/2009 | 10.00 | $36.80 |
| Velez | Juan | 3/15/2008 | 2/17/2009 | 48.43 | $178.19 |
| Velez | Elizabeth | 10/3/2008 | 4/9/2010 | 79.00 | $290.68 |
| Velez | Gabriel | 10/31/2008 | 3/14/2009 | 19.14 | $70.44 |
| Velez | Richard | 1/24/2009 | 4/24/2009 | 12.86 | $47.31 |
| Velez | Juan R | 11/6/2009 | 6/11/2010 | 31.00 | $114.07 |
| Vetyugov | Ilya | 10/8/2010 | 10/29/2010 | 3.00 | $11.04 |
| Villalobos | Carlos | 10/31/2008 | 1/8/2009 | 9.86 | $36.27 |
| Villalobos | Catalino | 9/25/2009 | 11/6/2009 | 6.00 | $22.08 |
| Villegas | Mario | 4/8/2008 | 7/25/2008 | 15.43 | $56.77 |
| Vorobchak | Andriy | 7/10/2009 | 10/2/2009 | 12.00 | $44.15 |
| Vulinovic | Milos | 11/27/2009 | 4/1/2011 | 70.00 | $257.57 |
| Vulovic | Zeljko | 2/16/2008 | 5/22/2009 | 65.86 | $242.32 |
| Walker | Joseph | 5/8/2009 | 5/22/2009 | 2.00 | $7.36 |
| Warren | Irin | 9/7/2009 | 9/18/2009 | 1.57 | $5.78 |
| Weiss | Michael | 10/26/2007 | 5/3/2008 | 27.14 | $99.87 |
| Williams | Jason | 1/16/2009 | 4/11/2011 | 116.43 | $428.40 |
| Williams | Albert | 5/22/2009 | 8/28/2009 | 14.00 | $51.51 |

| Wold | Erik | 11/17/2008 | 4/16/2010 | 73.57 | $270.71 |
| --- | --- | --- | --- | --- | --- |
| Wolf | Ryan | 2/23/2008 | 3/22/2008 | 4.00 | $14.72 |
| Woods | Matthew | 9/3/2010 | 4/19/2011 | 32.57 | $119.85 |
| Worrell | James | 10/26/2007 | 3/27/2009 | 74.00 | $272.28 |
| Wright | Hilton | 9/18/2009 | 1/29/2010 | 19.00 | $69.91 |
| Wright | Victor | 9/18/2009 | 12/4/2009 | 11.00 | $40.47 |
| Zaborek | Amadeusz | 8/7/2009 | 2/12/2010 | 27.00 | $99.35 |
| Zampos | Louis | 5/29/2009 | 9/4/2009 | 14.00 | $51.51 |
| Zamudio | Arturo | 2/16/2008 | 5/15/2009 | 64.86 | $238.64 |
| Zamudio | Javier | 9/20/2008 | 12/30/2008 | 14.43 | $53.09 |
| Zamudio | Ivan | 1/24/2009 | 3/27/2009 | 8.86 | $32.59 |
| Zayed | Fakhri | 11/20/2009 | 9/30/2010 | 44.86 | $165.05 |
| Zdravkovic | Jovan | 10/31/2008 | 2/21/2009 | 16.14 | $59.40 |
| Zeinaliev | Ilimdar | 10/16/2009 | 5/4/2011 | 80.71 | $296.99 |
| Zeleniuk | Volodymyr | 1/22/2010 | 5/23/2011 | 69.43 | $255.46 |
| Zlatkovic | Nikola | 4/8/2008 | 7/31/2008 | 16.29 | $59.93 |
| | | | **TOTAL** | **12229.86** | $45,000.00 |

| | |
| --- | --- |
| Total Amount to be distributed: | $45,000.00 |
| **Weekly Amt:** | $3.67 |