**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ALEX THOMAS and JESUS MUNIZ,** | ) | |
| **individually, and on behalf of all others** | ) | |
| **similarly situated,** | ) | **Case No. 10 cv 05093** |
| | ) | |
| **Plaintiffs,** | ) | **Judge Leinenweber** |
| | ) | |
| **v.** | ) | **Magistrate Judge Finnegan** |
| | ) | |
| **MATRIX COMMUNICATION SERVICES,** | ) | |
| **INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COURT COSTS
AND CLASS REPRESENTATIVE SERVICE PAYMENTS**

Plaintiffs, by one of their attorneys, Jac A. Cotiguala, request this Court to approve the Plaintiffs' attorney fees and court costs and the Class Representative service payments.

In support thereof, plaintiffs state as follows:

1.      On October 1, 2013, this Court issued an Order Certifying Class for Settlement Purposes Only and Granting Preliminary Approval of Class Action Settlement. As part of the Order, the Court requested Class Counsel to file their motion for attorneys' fees, costs and expenses and the Class Representative Service Payments.

2.      As part of the settlement, plaintiffs' attorneys agreed to compromise their attorneys' fees, costs and expenses to $40,000.00 total. *See* D.E. 77.

3.      The total of attorneys' fees, costs and expenses is well in excess of $40,000.00. *See* Declaration of Jac A. Cotiguala and Declaration of Ryan F. Stephan, attached hereto as Exhibits A and B.

4.      Alex Thomas and Jesus Muniz are entitled to Class Representative Service Payments of $5,000.00 to each one for a total of $10,000.00. *See* Declaration of Ryan F. Stephan attached hereto as Exhibit B.

5.      Every member of the Class was mailed a Court approved notice, which stated that plaintiffs' attorneys would be seeking $40,000.00 in payment of attorneys' fees, expenses and costs. The Notice also informed every class member that service payments of $5,000.00 would be sought for Alex Thomas and Jesus Muniz. There have been no objections.


Dated:  January 6, 2014                         Respectfully submitted,

                                                By: /s/ Jac A. Cotiguala
                                                        One of Plaintiffs' Attorneys

Jac A. Cotiguala
Jac A. Cotiguala & Associates
431 South Dearborn Street, Suite 606
Chicago, IL 60605
Telephone:  (312) 939-2100

Ryan F. Stephan
James B. Zouras
Stephan Zouras LLP
205 North Michigan Ave., Suite 2560
Chicago, IL 60601
Telephone:  (312) 233-1550